# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 12-2194            **Short Title:** Kosilek v. Spencer

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Michelle Lynne Kosilek _____ as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

*Frances S. Cohen* (signature)          October 16, 2012
Signature                                 Date

Frances S. Cohen
Name

Bingham LLP                               617-951-8872
Firm Name (if applicable)                 Telephone Number

One Federal Street                        617-951-8736
Address                                   Fax Number

Boston, MA 02110                          frances.cohen@bingham.com
City, State, Zip Code                     Email (required)

Court of Appeals Bar Number: 24496

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No._____

===================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must submit an application for admission with this form. 1st Cir. R. 46.0(a)(2). Effective January 1, 2010, use of the Case Management/Electronic Case Files (CM/ECF) system is mandatory for all attorneys filing in this court. Counsel may register at http://pacer.psc.uscourts.gov/.