UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 12-2194

MICHELLE L. KOSILEK,
Plaintiff / Appellee,

v.

LUIS S. SPENCER, Commissioner of the
Massachusetts Department of Correction,
Defendant / Appellant.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Hon. Mark L. Wolf, U.S. District Judge

**MOTION FOR LEAVE TO WITHDRAW**

Pursuant to First Circuit Local Rule 12(b), Bingham McCutchen LLP and lawyers Frances S. Cohen and Jeff Goldman (collectively "Bingham") move for leave to withdraw as counsel to plaintiff Michelle Lynne Kosilek in the above-captioned civil appeal. This motion is unopposed. As grounds for this motion, Bingham states as follows:

1.   Other counsel, specifically, Joseph L. Sulman, has an appearance in this case for Ms. Kosilek and continues to represent Ms. Kosilek in this appeal. Mr. Sulman is thoroughly familiar with the proceedings in the United States Court of Appeals for the First Circuit, having drafted the papers and attended the hearings. He is also, similarly, thoroughly familiar with the proceedings in the underlying U.S. District Court, District of Massachusetts case (No. 00-cv-12455), having

A/75640430.1

appeared for and represented Ms. Kosilek in that case from September 2005 and continues to represent Ms. Kosilek in that case. Ms. Kosilek is familiar with Mr. Sulman and aware of this change in representation.

2. This civil appeal has been fully briefed and oral argument was heard on April 2, 2013. There are no pending motions or hearings in this case.

3. Bingham seeks leave to withdraw at this time because lead counsel Frances S. Cohen is leaving the firm on August 8, 2013 to accept a position as Assistant Attorney General with the Commonwealth of Massachusetts. No other lawyer at Bingham is familiar with the extensive proceedings in this case.

4. Proposed notices of withdrawal are attached to this motion.

WHEREFORE, Bingham moves for leave to withdraw as counsel to Michelle Lynne Kosilek.

July 19, 2013

/s/ Frances S. Cohen
Frances S. Cohen (C.A. No. 24496)
Jeff Goldman (C.A. No. 113598)
Christina Chan
**BINGHAM McCUTCHEN LLP**
1 Federal Street
Boston, MA 02108
617-951-8000

Joseph L. Sulman (C.A. No. 115200)
David Brody
**LAW OFFICE OF JOSEPH L. SULMAN**
185 Devonshire Street, Suite 502
Boston, MA 02110
617-521-8600

A/75640430.1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on July 19, 2013.

/s/ Frances S. Cohen
Frances S. Cohen

A/75640430.1