# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

No. 12-2194    Short Title: Kosilek v. Spencer

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Michelle Kosilek _____ as the

[ ] appellant(s)            [✔] appellee(s)            [ ] amicus curiae

[ ] petitioner(s)           [ ] respondent(s)          [ ] intervenor(s)

_____            July 22, 2013
Signature                            Date

David Brody
Name

Law Office of Joseph L. Sulman        617-521-8600
Firm Name (if applicable)             Telephone Number

185 Devonshire Street Suite 502       866-514-4839
Address                               Fax Number

Boston MA 02110                       dbrody@sulmanlaw.com
City, State, Zip Code                 Email (required)

Court of Appeals Bar Number: 1157139

Has this case or any related case previously been on appeal?

[✔] No        [ ] Yes  Court of Appeals No._____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must submit an application for admission with this form. 1st Cir. R. 46.0(a)(2). Effective January 1, 2010, use of the Case Management/Electronic Case Files (CM/ECF) system is mandatory for all attorneys filing in this court. Counsel may register at http://pacer.psc.uscourts.gov/.