Dear Judge Torruella,    9-20-13

Considering that Judge Thompson spoke for the three-judge panel on April 2, 2013, informing DOC Attorney McFarland that there was no violation of the court's clear error standard, is my anxiety about approaching the six-month mark misplaced, when this court almost always rules in three-to-four months!?

I was forty-three when I first filed the civil action referred to as Kosilek I, and fifty-one when I filed this one. I'm now sixty-four.

¿Que esta pasando?

SASE enclosed for your convenience.

Respectfully Submitted
Michelle Lynne Kosilek
Michelle Lynne Kosilek



Michelle Lynne Rosilek
Box 43
Norfolk, MA 02056-0043



BOSTON MA 021
21 SEP 2013 PM 7 L

Honorable Juan Torruella
U.S. Court of Appeals - 1st Circuit
U.S. Courthouse - One Courthouse Way
Boston, MA 02110

USPS SCREENED

02110$2201

This correspondence is forwarded from a Massachusetts Correctional Institution. The contents may not have been evaluated and the Department of Correction is not responsible for the substance or content of the enclosed material. If you have received unwanted correspondence from this inmate call 1-866-664-2846 to stop future correspondence.