OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
### FOR THE FIRST CIRCUIT

MARGARET CARTER
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

September 26, 2013

Michelle Kosilek
MCI Norfolk
PO Box 43
Norfolk MA 02056

Re: 12-2194 Kosilek v. Spencer

Dear Ms. Kosilek:

This letter will acknowledge receipt of your pro se correspondence dated September 20, 2013. Please be advised that the above-referenced appeal remains pending before the court. You will be notified, through counsel, when a decision issues.

Sincerely,
/s/Margaret Carter, Clerk.

Encl.

cc:
Andrew David Beckwith
David Isaac Brody
Christina Y. Chan
Jared A. Craft
Joan T. Kennedy
Bennett H. Klein
Cori A. Lable
Jennifer L. Levi
Daniel V. McCaughey
Richard Charles McFarland
Stephen M. O'Shea
Matthew R Segal
Joseph L. Sulman