# United States Court of Appeals
## For the First Circuit

No. 12-2194

MICHELLE KOSILEK,

Plaintiff, Appellee,

v.

LUIS S. SPENCER, Commissioner of the
Massachusetts Department of Correction,

Defendant, Appellant.

### JUDGMENT
### Entered: December 16, 2014

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's order of injunctive relief is reversed, and the matter is remanded to the district court with instructions to dismiss the case.

By the Court:

/s/ Margaret Carter, Clerk

cc: Hon. Mark L. Wolf, Robert M. Farrell, Clerk, United States District Court for the District of Massachusetts, Mr. Beckwith, Mr. Brody, Ms. Chan, Mr. Craft, Ms. Kennedy, Mr. Klein, Ms. Lable, Ms. Levi, Ms. McCaughey, Mr. McFarland, Mr. Murphy, Mr. O'Shea, Mr. Segal & Ms. Sulman.