# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

May 4, 2015

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

     Re:  Michelle Kosilek
           v. Carol Higgins O'Brien, Commissioner, Massachusetts
           Department of Correction
           No. 14-1120
           (Your No. 12-2194)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk